```
             UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
------------------------------------X
DIANA HARTLEY,                      :
                                    :
              Plaintiff,            :  CIVIL ACTION
                                    :  NO:
      -vs-                          :  3:03CV00379 CT
                                    :  (RNC)
NATIONAL RAILROAD PASSENGER CORP.,  :
              Defendant.            :
------------------------------------X
```

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

The plaintiff moves through his counsel, Robert Sweeney, of Early, Ludwick, Sweeney & Strauss, L.L.C., for the admission of Robert T. Naumes for the purpose of participating in the representation of the plaintiff in the above-captioned case.

As grounds for this motion, undersigned counsel states as follows:

1.  Robert T. Naumes is a graduate of the Boston College School of Law and is admitted to practice before the State Court of Massachusetts, before the United States District Court for the District of Massachusetts and before the United States Court of Appeals for the First and Second Circuits;

2.  Robert T. Naumes is a partner with the law firm of Thornton & Naumes, L.L.P. located at 100 Summer Street, 30th Fl., Boston, MA 02110;

      telephone number (617) 720-1333; neither Robert T. Naumes nor any member of the firm to which he belongs has been denied admission or disciplined.

3. Robert T. Naumes is familiar with the underlying facts of this case and has represented plaintiffs in similar actions in the past;

4. Admission of Robert T. Naumes pro hac vice will not impede the progress of this action;

5. Robert T. Naumes agrees to comply with all rules of this Court and hereby agrees to submit to the disciplinary jurisdiction of this Court; and

6. The undersigned counsel, who has appeared in this action, will associate with Robert T. Naumes and will act as co-counsel.

      WHEREFORE, the undersigned counsel moves for the admission of Robert T. Naumes for the purpose of representing the plaintiff in the above-captioned action.

Respectfully Submitted,
THE PLAINTIFF

_____
Robert Sweeney, Esq.
Early, Ludwick, Sweeney &
 Strauss, L.L.C.
One Century Tower, 11th Fl.
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866
(203) 777-7799


CERTIFICATE OF SERVICE


    I hereby certify that on   11-17-03   , I served the foregoing Plaintiff's Motion for Admission of Counsel Pro Hac Vice by mailing a copy of same, postage prepaid, to:

Christopher S. Kozak, Esq.
Landman Corsi Ballaine & Ford PC
One Gateway Center, Suite 400
Newark, NJ 07102-5311

_____
Robert Sweeney, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------X
DIANA HARTLEY,
                                        :
            Plaintiff,                      CIVIL ACTION
                                        :   NO:
   -vs-                                     303CV00379
                                        :      (RNC)
NATIONAL RAILROAD PASSENGER CORP.,
            Defendant.                  :

----------------------------------------X

### AFFIDAVIT OF ROBERT T. NAUMES

ROBERT T. NAUMES, being sworn, states as follows:

1. I am an attorney with the law firm of Thornton & Naumes, LLP which maintains offices at 100 Summer Street, 30th Floor, Boston, Massachusetts, 02110. I make this Affidavit in support of the Application for Admission *Pro Hac Vice*, to associate myself to participate in this case.

2. I am a member in good standing of the bar of Massachusetts (#367660).

3. I am familiar with the Connecticut Federal Rules of Civil Procedure.

4. I am familiar with the facts and circumstances of this case.

5. I respectfully request that the Application be granted and I be admitted *pro hac vice* to participate in this action.

By her attorneys,

DATE: 11-06-03

Robert T. Naumes, Esq.
**THORNTON, EARLY & NAUMES**
100 Summer Street
Boston, MA 02109
(617) 720-1333
Attorney for Plaintiff
BBO# 367660

2