```
                   UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Dina Hartley

V.                                Case Number:  3:03cv379

National Railroad Passenger Corp

**Motion for PHV** doc.# **11**

**GRANTED**

```
     Dated at Hartford, Connecticut, December 11, 2003.


                         KEVIN F. ROWE, CLERK

                         By: _____
                             Barbara Grady
                             Deputy Clerk
```