UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 1:51

------------------------------------X
DIANA HARTLEY,
               Plaintiff,  :  CIVIL ACTION
                             :  NO: HARTFORD, CT.
-vs-                                   303CV00379
                             :  (RNC)
NATIONAL RAILROAD PASSENGER CORP.,
               Defendant.  :

------------------------------------X

**JOINT STATUS REPORT**

Pursuant to the Court's Order of June 19, 2003, the parties hereby report that discovery has begun on this Federal Employer's Liability Act case. The parties have exchanged interrogatories as well as Rule 34 requests and initial disclosures. The plaintiff's deposition has been set up and scheduled to take place on January 23, 2004. Until the deposition is taken, it is premature for the parties to engage in any settlement discussions.

By their attorneys,

DATE: 12-18-03

Robert T. Naumes, Esquire
**THORNTON & NAUMES LLP**
100 Summer St., 30th Fl.
Boston, MA 02110
(617) 720-1333
Attorney for Plaintiff
B.B.O. #367660

DATE: 12-18-03          Robert Sweeney /w/p
                        ----------------------
                        Robert Sweeney, Esq.
                        Early, Ludwick, Sweeney &
                          Strauss, L.L.C.
                        One Century Tower, 11th Fl.
                        265 Church Street
                        P.O. Box 1866
                        New Haven, CT  06508-1866
                        (203) 777-7799

DATE: 12-18-03          Christopher Kozak /p
                        ----------------------
                        Christopher S. Kozak, Esq.
                        Landman Corsi Ballaine &
                        Ford PC
                        One Gateway Ctr., Ste. 400
                        Newark, NJ  0710
                        (973) 623-2700
                        Attorney for Defendant