UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 1:57
U.S. DISTRICT COURT
HARTFORD, CT

-----------------------------------X
DIANA HARTLEY,
           Plaintiff,      CIVIL ACTION
                                    NO:
  -vs-                           303CV00379
                                      (RNC)
NATIONAL RAILROAD PASSENGER CORP.,
           Defendant.
-----------------------------------X

**NOTICE OF APPEARANCE**

    Kindly file my appearance as counsel for the Plaintiff, Diana Hartley, in the above entitled-action.

                                   By his attorney,

DATE: 12-19-03

Robert T. Naumes, Esquire
**THORNTON & NAUMES LLP**
100 Summer St., 30th Fl.
Boston, MA 02110
(617) 720-1333
Attorney for Plaintiff
FED. BAR CT09545

DATE: 12-19-03

Robert Sweeney, Esq.
Early, Ludwick, Sweeney &
 Strauss, L.L.C.
One Century Twr, 11th Fl.
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799

CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2003, I served the foregoing Notice of Appearance by mailing a copy of same, postage prepaid, to:

Christopher S. Kozak, Esq.
Landman Corsi Ballaine & Ford PC
One Gateway Center, Suite 400
Newark, NJ  0710

*Robert T. Naumes*
Robert T. Naumes, Esquire