UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
DIANA HARTLEY,

           Plaintiff,        CIVIL ACTION
                               NO:
  -vs-                        303CV00379
                               (RNC)
NATIONAL RAILROAD PASSENGER CORP.,
            Defendant.
------------------------------------X

FILED
2004 JUN 18 P 2: 12
U.S. DISTRICT COURT

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

By their attorneys,

DATE: 6-10-04

Robert T. Naumes, Esquire
**THORNTON & NAUMES LLP**
100 Summer St., 30th Fl.
Boston, MA  02110
(617) 720-1333
Attorney for Plaintiff
B.B.O. #367660

DATE: 6-10-04

Robert Sweeney, Esq.
Early, Ludwick, Sweeney &
  Strauss, L.L.C.
One Century Tower, 11th Fl.
265 Church Street
P.O. Box 1866
New Haven, CT  06508-1866
(203) 777-7799

DATE: _____

Christopher S. Kozak, Esq.
Landman Corsi Ballaine &
Ford PC
One Gateway Ctr., Ste. 400
Newark, NJ  0710
(973) 623-2700
Attorney for Defendant